UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

DANTE LAMON TAPLIN #12800067
PRO SE
_____
(Enter full name of plaintiff(s))

Plaintiff(s),

v.

MULTNOMAH COUNTY SHERIFFS
OFFICE et al,
_____
(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. 3:18-CV-1199-YY
(to be assigned by Clerk of the Court)

PRISONER CIVIL RIGHTS
COMPLAINT

I.

A.  Have you brought any other action or appeal in a court of the United States while a prisoner?

    Yes ☑    No ☐

B.  If your answer to A is yes, how many? __2__. Describe the lawsuit(s) in the space below. *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

    1.  Parties to the previous lawsuit:

        Plaintiff(s): Dante Lamon Taplin

      Defendant(s): MULTNOMAH COUNTY HEALTH SERVICES et al.

2. Court: U.S. District Court District of Oregon
3. Docket Number: 3:15-CV-1937-AA
4. Name of judge to whom case was assigned: Ann Aiken
5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?) Pending Appeal

6. Approximate date of filing: 10/15/2014
7. Approximate date of disposition: 9-9-2017

## II.

A. Place of confinement: Multnomah County Jail

B. Is there a prisoner grievance procedure in this institution?

    Yes ☑    No ☐

C. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☑    No ☐

If your answer is no, explain why not:

D. Is the grievance process completed?

    Yes ☑    No ☐

### III. PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A. Name of plaintiff: DANTE LAMON TAPLIN
Security Identification No.: 12800067
Address: 82911 Beach Access Rd, Umatilla, OR 97882
TRCI

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.*

B. Defendant MIKE REECE is employed as Sheriff at Multnomah County Sheriff's office

Defendant Sgt Alice Blair is employed as Seargent at Multnomah County Sheriffs office

Defendant Lt. Diamond is employed as Leuitenant at Multnomah County Sheriffs Office PREA Coordinator

Defendant Det. O'Dill is employed as Officer at Multnomah County Sheriffs office

Defendant Cpt Peterson is employed as Captain at Multnomah County Sheriffs office

Additional defendants: Lt. Mary Lindstrand, Captain Wheeler, Clackamas County PREA Coordinators

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

U.S.C.A. 4 + 14, 34 U.S.C.S § 30304 PREA Statute,

Supporting Facts: *(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

On 9-27-16, 11:30pm while being booked into MCDC Jail, I was allowed to use one of the cells to use the restroom. Sgt Blair let me in and closed the door, pulled the solid green "Privacy Curtain" down over the window. 32 seconds later Sgt Blair begins peeking under the privacy curtain three times, before removing the cover opening the door and making me exit. At a suppression hearing Sgt Blair testified under oath she can only look under that curtain in security or safety issues when there's an inmate of opposite sex, she admits there was no penological reason to do this after only 32 seconds. I filed a PREA complaint 2-1-17, it was denied. I then filed another with Lt. Diamond, Det O'Dill, producing the statement by Sgt Blair and still photos of the incident and on 8-14-17 my claim was again denied. I wrote a letter to the Clackamas County PREA Address and they only forwarded my letter back to Lt. Diamond. I filed notice of tort with MCSO in November 2017, There are no grievance procedures for this.

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

Violation of U.S.C.A #'s 14 + 8 Deliberate Indifference Standard to Cruel and Unusual Punishment

Supporting Facts: *(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

Lt Diamond, ofc O'Dill, Lt. Lindstrand, Cpt Martinez, Cpt Peterson all knew of my situation. I kited Cpt Martinez 4/25/17 to gain a copy of the Special order or Regulations regarding PREA & opposite sex viewing and referred back to a PREA claim. I kited Cpt Wheeler 8-12-2017 explaining my difficulty in getting my claim properly addressed and there was no answer. The booking video clearly shows Sgt Blair violating my rights by peeking through the curtain instead of speaking through the door. Cpt Wheeler Lt Lindstrand are all culpable because I explained what happened in the booking room bathroom in order to recieve reciept of the booking room video for my criminal case. They took no steps to discipline Sgt Blair. Multnomah County Sheriffs office has been deemed in strict compliance with the National PREA standards and have laws and regulations set for its employees to follow. They disregarded helping me once appraised of the situation showing deliberate Indifference.

### Claim III

State what right under the Constitution, laws, or treaties of the United States has been violated.

_____
_____
_____
_____

Supporting Facts: *(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V.  RELIEF

State <u>briefly</u> exactly relief you are seeking.  Make no legal arguments.  Cite no cases or statutes.

I am asking/demanding a jury trial in this matter as well as compensatory damages set at $1,000,000 dollars and punitive damages set at $500,000 dollars.

_____
_____
_____
_____

Signed this  6  day of  June  , 20 18 .

Dante Lamon Taplin  1280067 pro se
Dante Lamon Taplin  1280067 pro se
(Signature of Plaintiff(s))